UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOCALCOASTER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ADME (CY) LTD,<br><br>    Defendant. | Case No. 3:24-cv-00404<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

On September 26, 2024, the Court directed the parties to file a joint status report regarding their case resolution efforts within 14 days after the conclusion of fact discovery. (Doc. No. 27.) Fact discovery concluded on August 15, 2025, and no status report has been filed.

The parties are ORDERED to file a joint status report by September 10, 2025.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge