IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SOCIALCOASTER, INC., d/b/a BVIRAL </br></br>Plaintiff/Counter-Defendant, </br></br>v. </br></br>ADME (CY) LTD, d/b/a THESOUL PUBLISHING, </br></br>Defendant/Counter-Plaintiff, </br></br>v. </br></br>JONATHAN BURDON, </br></br>Counter-Defendant. | Case No. 3:24-cv-00404 </br></br>Chief Judge William L. Campbell, Jr. </br></br>Magistrate Judge Alistair Newbern </br></br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO AMEND

Plaintiff SocialCoaster, Inc., d/b/a BVIRAL ("Plaintiff" or "BVIRAL") respectfully moves the Court for leave to file a First Amended Complaint in this action.

As set forth in the accompany Memorandum of Law, this Motion is filed to narrow the issues for decision, to conserve judicial resources, eliminate the need for unnecessary and costly motion practice, and in response to a request of Defendant/Counter-Plaintiff AdMe (CY) Ltd., d/b/a TheSoul Publishing that BVIRAL discontinue Count I of its Original Complaint.

Based on the foregoing and Plaintiff's Memorandum of Law, Plaintiff respectfully request that the Court grant its Motion to Amend.

Respectfully submitted,

*/s/ Jacob T. Clabo*
Jay S. Bowen, Esq., (TN Bar No. 2647)
Jacob T. Clabo, Esq., (TN Bar No. 36760)
**GRIFFIN BOWEN, PLLC**
48 Music Square East
Nashville, TN 37203
T: (615) 742-4800
jbowen@griffinbowen.com
jclabo@griffinbowen.com


Lauren M. Spahn, (TN Bar No. 032377)
Tsveta Todorova-Kelly (TN BPR NO. 039940)
**BUCHALTER, A PROFESSIONAL CORPORATION**
1 Music Circle South, Suite 300
Nashville, TN 37203
T: (629) 305-9675
lspahn@buchalter.com
ttodorovakelly@buchalter.com

*Attorneys for Plaintiff/ Counter-Defendant SocialCoaster, Inc. d/b/a BVIRAL and Counter-Defendant Jonathan Burdon*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served on the following individuals via electronic and/or U.S. mail, postage prepaid, on November 7, 2025 to:

Frank Scardino, Esq., (*Admitted Pro Hac Vice*)
Valentin Gurvits, Esq., (*Admitted Pro Hac Vice*)
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton, MA 02459
T: (617) 928-1804
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

S. Chase Fann, Esq.
**SPENCER FANE BONE MCALLESTER, LLP**
511 Union Street, Suite 1000
Nashville, TN 37219
T: (615) 238-6395
F: (615) 238-6301
cfann@spencerfane.com

*Attorneys for Defendant/Counter-Plaintiff ADME (CY) LTD d/b/a TheSoul Publishing*

                                          */s/ Jacob T. Clabo*
                                          Jacob T. Clabo, Esq.