IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOCIALCOASTER, INC., d/b/a BVIRAL, | ) ) ) |
| Plaintiff / Counter-Defendant, | ) ) |
| v. | ) ) ) |
| ADME (CY) LTD, d/b/a THESOUL PUBLISHING, | ) ) ) |
| Defendant / Counter-Plaintiff | ) ) |
| V. | ) ) |
| JONATHAN BURDON, | ) ) |
| Counter-Defendant | ) |

NO. 3:24-cv-00404

JUDGE CAMPBELL
MAGISTRATE JUDGE NEWBERN

## ORDER

Pending before the Court is SocialCoaster Inc.'s motion for a two-week extension of time to file a response in opposition to AdMe (CY) Ltd.'s Motion for Sanctions. (Doc. No. 100). SocialCoaster states that the Motion for Sanctions filed with the Court is not the same as the version served and contends that it therefore fails to satisfy the safe harbor obligation of Fed. R. Civ. P. 11 and requires additional time for a response.

AdMe (CY) Ltd. shall file a response to the motion for extension of time on or before February 2, 2026. The deadline to respond to the motion for sanctions is stayed pending the Court's consideration of SocialCoaster's motion for extension of time.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE