IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOCIALCOASTER, INC., d/b/a BVIRAL, | ) ) ) |
| Plaintiff / Counter-Defendant, | ) ) |
| v. | ) ) ) |
| ADME (CY) LTD, d/b/a THESOUL PUBLISHING, | ) ) ) |
| Defendant / Counter-Plaintiff | ) ) |
| V. | ) ) |
| JONATHAN BURDON, | ) ) |
| Counter-Defendant | ) |

NO. 3:24-cv-00404

JUDGE CAMPBELL

## ORDER

SocialCoaster Inc. d/b/a BVIRAL, Jonathan Burden, and their attorneys (collectively "BVIRAL") seek for a two-week extension of time to file a response in opposition the Motion for Sanctions filed by ADME (CY) LTD d/b/a The Soul Publishing ("TSP"). (Doc. No. 100). The Court stayed the deadline for filing a response and Ordered TSP to respond to the motion for extension of time, which it has done. (*See* Doc. No. 102). Having reviewed the filings, the Court finds BVIRAL has not stated good cause to extend the response deadline by two weeks, particularly given that they had notice of the substance of the motion, since December 5, 2026. The Court will, however, allow a one-week extension of the deadline to respond, recognizing that most of that week was consumed with briefing the motion for extension of time.

Accordingly, BVIRAL's motion for extension of time to oppose TSP's Motion for Sanctions (Doc. No. 100) is **GRANTED IN PART**. BVIRAL shall file a response by February 6, 2026.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE