IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOCIALCOASTER, INC., d/b/a BVIRAL, | ) ) ) |
| Plaintiff / Counter-Defendant, | ) ) |
| v. | ) ) ) NO. 3:24-cv-00404 |
| ADME (CY) LTD, d/b/a THESOUL PUBLISHING, | ) ) ) JUDGE CAMPBELL |
| Defendant / Counter-Plaintiff | ) ) ) |
| V. | ) ) |
| JONATHAN BURDON, | ) ) |
| Counter-Defendant | ) ) |

## ORDER

The trial scheduled for March 3, 2026, and the associated pretrial conference are **CONTINUED**. The trial will be rescheduled after consultation with the parties regarding available dates.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE