**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SOCIALCOASTER, INC., d/b/a BVIRAL,** | ) | |
| **Plaintiff / Counter-Defendant,** | ) | |
| **v.** | ) | **NO. 3:24-cv-00404** |
| **ADME (CY) LTD, d/b/a THESOUL PUBLISHING,** | ) | **JUDGE CAMPBELL** |
| **Defendant / Counter-Plaintiff** | ) | |
| **v.** | ) | |
| **JONATHAN BURDON,** | ) | |
| **Counter-Defendant** | ) | |

# ORDER

The Court is in receipt of the status report filed by Plaintiff/Counter-Defendant Social Coaster, Inc. d/b/a BVIRAL ("BVIRAL"). (Doc. No. 112). BVIRAL shall file a supplemental notice within seven days of the final order in *Social Coaster, Inc. d/b/a BVIRAL v. Ann Upton*, Case No. 26-0900-III (Ch. Ct., Davidson Cnty.).

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE